UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SOTHEBY'S, INC.,

                Plaintiff,

v.

ATS ARTS LTD and C ART HOLDINGS LIMITED,

                Defendants.

21-CV-2775 (SHS)
ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

The Court held a teleconference in this action on June 3, 2021, with all parties attending. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall exchange the initial disclosures required under Federal Rule of Civil Procedure 26(a)(1) no later than June 16, 2021;
2. Plaintiff and defendants shall serve their interrogatories and requests for production of documents, pursuant to Federal Rules of Civil Procedure 33 and 34, no later than June 30, 2021. The parties are notified that the scope of interrogatories in the Southern District of New York is limited by Local Civil Rule 33.3. *See* S.D.N.Y. Civ. R. 33.3;
3. Plaintiff and defendants shall serve their responses and objections to the respective interrogatories and requests for production of documents pursuant to Federal Rules of Civil Procedure 33 and 34 no later than July 30, 2021;
4. The last day to add a party to this action shall be August 15, 2021;
5. Plaintiff and defendants shall serve their notices of deposition, pursuant to Federal Rule of Civil Procedure 30, no later than August 16, 2021;
6. Plaintiff and defendants shall serve any third-party document requests or deposition notices, pursuant to Federal Rule of Civil Procedure 45, no later than September 15, 2021;
7. Plaintiff and defendants shall serve any expert disclosures, pursuant to Federal Rule of Civil Procedure 26, no later than December 1, 2021;
8. All party and non-party depositions, including depositions of any experts, are to be completed by January 30, 2022;
9. Any dispositive motions shall be made by February 28, 2022;
10. A status conference is scheduled for September 13, 2021, at 4:30 p.m. and will take place in Courtroom 23A, 500 Pearl Street, New York, New York, 10007.

Dated: New York, New York
June 4, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.