

**GROSSMAN LLP**
ATTORNEYS AT LAW

745 Fifth Avenue, 5th Floor, New York, NY 10151
T. 646-770-7445   F. 646-417-7997

GROSSMANLLP.COM

October 12, 2021

**MEMO ENDORSED**

**VIA ECF**

Honorable Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Re:   *Sotheby's, Inc. v. ATS Arts Ltd, et al.*, Case No. 21-cv-2775 (SHS) (S.D.N.Y.)

Dear Judge Stein,

We represent Interpleader Plaintiff Sotheby's, Inc. and we write under Rule 1.E of the Court's Individual Practices, on consent, to request a brief adjournment of the October 13, 2021, status conference. The competing claimants have advised that they are engaged in productive settlement discussions that could resolve finally their competing title claims. As a result, they have requested, and Sotheby's consents, to seek an adjournment of tomorrow's status conference for thirty (30) days. The Court previously adjourned this conference on consent. (*See* Dkt. No. 33.)

Respectfully submitted,

Lindsay E. Hogan

cc:   All counsel of record (*via ECF*)

The conference is adjourned to November 11, 2021, at 10:00 a.m.

Dated: New York, New York
       October 12, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.