UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SOTHEBY'S, INC., : 21-Cv-2775 (SHS)

                Plaintiff, : ORDER
  -v- 
                                         :

ATS ARTS LTD., and C ART HOLDINGS
LIMITED, :

              Defendants. :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that the conference scheduled for November 12, 2021, is adjourned to November 19, 2021, at 10:00 a.m.

Dated: New York, New York
       November 9, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.